**Video Argument, 9:00 A.M.**                               **Thursday, January 27, 2022**

**Clay, Griffin, Stranch**

**21-3445    Jeanne King v. Steward Trumbull Memorial Hosp.**

Jeanne King                                           ret   Gary A. Reeve
                                                            *3 Minutes Rebuttal*

    **Plaintiff – Appellant**

                  **V.**

Steward Trumbull Memorial Hospital, Inc.             ret   W. Scott Hastings

    **Defendant – Appellee**

*Karen Fultz, Courtroom Deputy*

Plaintiff appeals the district court's summary judgment for the defendant in this action asserting FMLA interference and retaliation, disability discrimination and failure to accommodate under the ADA, and disability discrimination and failure to accommodate under state law.   (15 Minutes Per Side)